IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JENKINSON, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 3:19-cv-03071-L |
| ALCLEAR, LLC, | § § § | |
| Defendant. | § | |

### PLAINTIFF CHRISTOPHER JENKINSON'S
### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Christopher Jenkinson ("Plaintiff") lists the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the outcome of this litigation.

1. Christopher Jenkinson
2. Alclear, LLC

Respectfully submitted,

**SCHEEF & STONE, L.L.P.**

By: _____
**Brandi J. McKay**
Texas State Bar No. 24075380
brandi.mckay@solidcounsel.com
**Jonathan Strain**
Texas State Bar No. 24070689
jon.strain@solidcounsel.com

500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone - 214.706.4200
Facsimile - 214.706.4242

*Attorneys for Plaintiff*