AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Jenkinson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:19-cv-03071-L |
| | ) | |
| Alclear LLC | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Alclear LLC

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Brandi McKay
500 North Akard
Suite 2700
Dallas, TX 75201

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 12/31/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-03071-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ALCLEAR, LLC**
was received by me on *(date)* **3/26/2020**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **JOHN SPEIDEL, Mgr-In-Chg**, who is designated by law to accept service of process on behalf of *(name of organization)* **REG. AGENT, CORPORATION SERVICE COMPANY at 211 E 7th ST #620, AUSTIN, TX 78701** on *(date)* **3/27/2020 at 2:27 P.M.**; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **3/27/2020**

*Server's signature*

**KELLY MURSKI / PROCESS SERVER**
Printed name and title

**5926 BALCONES DR #290
AUSTIN, TX 78731**
Server's address

Additional information regarding attempted service, etc: