IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JENKINSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-cv-03071-L |
| ALCLEAR, LLC | § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

The Parties, by and through their respective counsel, hereby notify the Court that they have reached a settlement of the claims in this action. The Parties will file dismissal pleadings within 45 days of this Notice.

/s/ Brandi J. McKay
Brandi J. McKay
Texas State Bar No. 24075380
Brandi.mckay@solidcounsel.com
Jonathan Strain
Texas State Bar No. 24070689
Jon.strain@solidcounsel.com
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone – 214.706.4200
Facsimile – 214.706.4242

**ATTORNEYS FOR PLAINTIFF**

/s/ Talley R. Parker
Talley R. Parker
Texas Bar No. 24065872
talley.parker@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
(214) 520-2400 telephone
(214) 520-2008 fax

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

   On May 15, 2020, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically, as authorized by Federal Rule of Civil Procedure 5(b)(2), including the following:

 Brandi J. McKay
 Jonathan Strain

            */s/* Talley R. Parker
            Talley R. Parker